# Court of Appeals
# of the State of Georgia

ATLANTA,  August 07, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0439. BRUCE WAYNE CARPENTER v. THE STATE.**

On July 9, 2014, Bruce Wayne Carpenter filed an application for discretionary appeal from the trial court's order denying the motion for his guilty plea transcript. Carpenter included a copy of the court's order, but the order was not a stamped "filed" copy as required by Court of Appeals Rule 31 (e).

Without the stamped "filed" copy of the order, we cannot ascertain if the application was filed within 30 days, which is a jurisdictional requirement.[1] See OCGA § 5-6-35 (d); *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Accordingly, on July 14, 2014, we ordered Carpenter to supplement his application within ten days with a stamped "filed" copy of the order to be appealed. We provided that failure to comply with this directive would result in dismissal of the application.

Carpenter has not submitted a stamped "filed" copy of the order, and more than ten days have passed since the July 14, 2014, order. Accordingly, Carpenter's application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  08/07/2014
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Although the order did not contain a stamped "filed" date, the order was signed by the judge on May 23, 2014. Unless the entry of the order was delayed by more than 17 days, the July 9, 2014 application for discretionary appeal would be untimely.